# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D18-4307
_____

STEPHEN MILTON, Former
Husband,

     Appellant,

     v.

JULIANNA MILTON, Former
Wife,

     Appellee.

_____

On appeal from the Circuit Court for Duval County.
Daniel F. Wilensky, Judge.

August 16, 2019

PER CURIAM.

     AFFIRMED.

LEWIS, OSTERHAUS, and KELSEY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Patricia L. Parker of the Law Offices of Patricia L. Parker, P.A., Jacksonville, for Appellant.

Matthew L. Rhodes, Callahan, for Appellee.